DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEONARD EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-509

_____

December 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Leonard Edwards, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, KHOUZAM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.